IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

   **v.**           **CR. NO. 21CR0116-01(FAB)**

**ANGEL LUIS SANTIAGO-DAVILA**

**MOTION NOTIFYING DEATH AND REQUESTING ORDER TO TERMINATE TERM OF SUPERVISED RELEASE**

**U.S. PROBATION OFFICER GEORGE L. MAYMI-MELENDEZ informs the Court** that On March 28, 2023, Mr. Santiago-Davila commenced his term of supervised release, which is scheduled to expire on May 18, 2026.

On August 10, 2023, the Probation Officer attempted to complete a routine home contact with Mr. Angel Luis Santiago-Davila. After the attempted visit, the Probation Officer was able to speak with Mr. Santiago-Davila's mother to explore his whereabouts, and she reported that her son was killed on July 25, 2023, in the Municipality of San Lorenzo. Subsequent investigation efforts to verify the information led to an interview with Puerto Rico Police Bureau Agent Jesus Torres assigned to Homicide Division, and the agent confirmed that Mr. Santiago-Davila sustained multiple gunshot wounds during an altercation in a Bar located in the Municipality of San Lorenzo. As per the Police Agent, Mr. Santiago-Davila did not survive the gunshot wounds, and his death was being investigated as a homicide.

The Probation Officer requested a Death Certificate from the Puerto Rico Forensic Science Institute, also known as "Instituto de Ciencias Forenses de Puerto Rico." On September 26, 2023, the Probation Officer received a Death Certification and confirmed

Mr. Angel Luis Santiago-Davila's death. According to the Death Certificate, autopsy No. ICF-2023-05162, on July 25, 2023, Forensic Pathologist Francisco Davila-Toro completed an autopsy and/or external exam confirming that Mr. Angel Luis Santiago-Davila died of sustained bullet wounds.

**WHEREFORE,** the undersigned respectfully requests the Court takes notice of the contents of this motion and terminates the term of supervision based on Mr. Angel Luis Santiago-Davila's death.

San Juan, Puerto Rico, September 26, 2023.

LUIS O. ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/George L. Maymi Melendez*
George L Maymi Melendez
U.S. Probation Officer
Federal Office Bldg. Room 225
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 994-0762
Fax: (787) 766-5945
Email: george_maymi@prp.uscourts.gov

### CERTIFICATE OF SERVICE

I certify on this date, I electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the parties.

San Juan, Puerto Rico, September 26, 2023.

*s/George L Maymi Melendez*
George L Maymi Melendez
U.S. Probation Officer